FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

DEC 18 2024

DT
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 2:24-00005 |
| v. | ) | |
| | ) | **FILED UNDER SEAL** |
| PHILIP HALL | ) | |

**MOTION TO SEAL**

The United States moves this Court to place under seal this Motion, the Indictment, and all filings and docket entries in this case. The United States requests a sealing of this Motion, the Indictment, and other filings and docket entries to prevent the flight of the defendant, the potential destruction of evidence, and to ensure the safety of officers. Accordingly, there is good cause to seal this Indictment because premature disclosure may seriously jeopardize the investigation and officer safety.

Respectfully submitted,

THOMAS J. JAWORSKI
Acting United States Attorney

By: /s/ Chris Suedekum
CHRIS SUEDEKUM
Assistant U.S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Phone: (615) 736-5151