IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 2:24-00005 |
| v. | ) | |
| | ) | **FILED UNDER SEAL** |
| PHILIP HALL | ) | |

**ORDER**

This matter comes before the Court on the United States' Motion to Seal. It is hereby ordered that:

The Motion is GRANTED. The Motion, the Indictment, and any other filings or docket entries in this case are ordered sealed, pending further order of the Court, except that the United States may provide documents to the United States Marshals Service (USMS) to permit the USMS to perform its statutorily-authorized duties and to the Department of Health and Human Services, Office of Inspector General (HHS-OIG), the Tennessee Bureau of Investigation (TBI), and the Department of Defense Office of Inspector General, Defense Criminal Investigative Service. The United States may also provide a copy of the Indictment and the attendant arrest warrant to the defendant or the defendant's counsel.

The Clerk is directed to file this Order and related matters under seal, and, except for a copy of the Indictment, the Clerk shall provide to the USMS, to serve them only on counsel of the United States.

So ORDERED this 18th day of December 2024.

Hon. Barbara D. Holmes
United States Magistrate Judge